In the Matter of ASHLEY M. and Others, Infants. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CORA M., Appellant. (Appeal No. 1.) [718 NYS2d 663] —Order unanimously affirmed without costs. Memorandum: In appeal No. 1, respondent appeals from an order determining that her three children are permanently neglected, terminating her parental rights on that basis, and suspending judgment for a period of 12 months. In appeal No. 2, respondent appeals from an order vacating the suspended judgment following a hearing on a violation petition, terminating her parental rights, transferring the guardianship and custody of the children to petitioner, and freeing the children for adoption.

CORA M., Appellant. (Appeal No. 2.) [718 NYS2d 664] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Ashley M.* (278 AD2d 892 [decided herewith]). (Appeal from Order of Oswego County Family Court, Roman, J.— Terminate Parental Rights.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.